1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
   E-Mail:  ltfisher@bursor.com
6           apersinger@bursor.com
            ykrivoshey@bursor.com
7
8  *Attorneys for Plaintiffs*

9  **CARLSON & MESSER LLP**
   Jeanne L. Zimmer (State Bar No. 123321)
10 J. Grace Felipe (State Bar No190893)
   5959 W. Century Blvd., Suite 1214
11 Los Angeles, CA  90045
   Telephone:  (310) 242-2200
12 Facsimile: (310) 242-2222
13 zimmerJ@cmtlaw.com
   felipeG@cmtlaw.com
14
   *Attorneys for Defendant*
15
                      **UNITED STATES DISTRICT COURT**
16
                      **NORTHERN DISTRICT OF CALIFORNIA**
17

18 | SHAKIMA MCPHERSON and TERRANCE PARKER, on Behalf of Themselves and all Others Similarly Situated, | Case No. 3:16-cv-00520-EMC |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| Plaintiffs, v. | |
| PERFORMANT RECOVERY, INC., | Honorable Edward M. Chen |
| Defendant. | |

**IT IS HEREBY STIPULATED TO BY AND BETWEEN** the Parties to the above-captioned case, through their respective counsel of record, as follows:

{00051576;1}                     1

STIPULATION RE MOTION FOR
SUMMARY JUDGMENT
CASE NO. 3:16-cv-00520-EMC

1    WHEREAS, at the Initial Case Management Conference held on May 12, 2016, the Hon. Edward M. Chen continued the case to August 4, 2016 at 1:30 P.M. for a Further Case Management Conference [Docket No. 21];

4    WHEREAS, Judge Chen also set Defendant's Motion for Summary Judgment for hearing on August 4, 2016 at 1:30 P.M. [Docket No. 21];

6    WHEREAS, Judge Chen ordered the following briefing schedule with respect to Defendant's Motion for Summary Judgment:

(a)  Defendant's Motion to be filed by June 30, 2016,

(b)  Plaintiffs' Opposition to Defendant's Motion to be filed by July 14, 2016 and

(c)  Defendant's Reply Brief to be filed by July 21, 2016;

WHEREAS, Defendant Performant Recovery, Inc. filed its Motion for Summary Judgment, or in the alternative, Partial Summary Judgment on June 30, 2016, pursuant to the Court's Order [Docket No. 21], and

WHEREAS, Plaintiffs have requested a revised briefing schedule on Defendant's Motion for Summary Judgment and the Parties have met and conferred and have reached an agreement on a proposed revised schedule.

NOW THEREFORE, subject to the Court's approval, Plaintiffs and Defendant stipulate as follows:

1.  Plaintiffs shall file their opposition to Defendant's Motion for Summary Judgment on or before July 28, 2016;

2.  Defendant shall file its reply in support of its Motion for Summary Judgment on or before August 4, 2016, and

/ / /

/ / /

/ / /

/ / /

3. The hearing of Defendant's Motion for Summary Judgment and the Further Case Management Conference shall be on September 1, 2016 at 1:30 P.M. or such other date thereafter that the Court is available.

Dated: July 13, 2016                    **BURSOR & FISHER, P.A.**

                                        By:   */s/ L. Timothy Fisher*
                                                L. Timothy Fisher

                                        L. Timothy Fisher (State Bar No. 191626)
                                        Annick M. Persinger (State Bar No. 272996)
                                        Yeremey O. Krivoshey (State Bar No.295032)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA  94596
                                        Telephone: (925) 300-4455
                                        ltfisher@bursor.com
                                        apersinger@bursor.com
                                        ykrivoshey@bursor.com

                                        *Attorneys for Plaintiffs*

Dated: July 13, 2016                    **CARLSON & MESSER LLP**

                                        By:   */s/ Jeanne L. Zimmer*
                                                Jeanne L. Zimmer

                                        Jeanne L. Zimmer (State Bar No. 123321)
                                        J. Grace Felipe (State Bar No190893)
                                        5959 W. Century Blvd., Suite 1214
                                        Los Angeles, CA  90045
                                        Telephone:  (310) 242-2200
                                        zimmerJ@cmtlaw.com
                                        felipeG@cmtlaw.com

                                        *Attorneys for Defendant*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016

_____
Edward M. Chen
United States District Judge