**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIMA MCPHERSON and TERRANCE PARKER, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>Defendant. | Case No. 3:16-cv-00520-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Honorable Edward M. Chen |

1 | Plaintiffs Shakima McPherson and Terrance Parker ("Plaintiffs") and Defendant Performant Recovery, Inc. ("Defendant") by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby dismiss all claims in this action against Defendant with prejudice.

**IT IS SO STIPULATED.**

Dated:  July 28, 2016        **BURSOR & FISHER, P.A.**

By:     */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated:  July 28, 2016        **CARLSON & MESSER LLP**

By:     */s/ J. Grace Felipe*
            J. Grace Felipe

Jeanne L. Zimmer (State Bar No. 123321)
J. Grace Felipe (State Bar No190893)
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
Telephone:  (310) 242-2200
zimmerJ@cmtlaw.com
felipeG@cmtlaw.com

*Attorneys for Defendant*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

                                                              */s/ L. Timothy Fisher*
                                                                  L. Timothy Fisher