UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKIMA MCPHERSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>　　　　Defendant. | Case No.  16-cv-00520-EMC<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Docket No. 27 |

On July 28, 2016, the parties filed a stipulation of voluntary dismissal in the instant putative class action.  Docket No. 27.  No motion for class certification was ever filed in this case, nor was notice of the suit broadly disseminated to the class.  Thus, currently at issue in this suit are Plaintiffs' individual claims.  The Court **GRANTS** the stipulation of voluntary dismissal with prejudice, with the understanding that this does not affect claims on behalf of the putative, uncertified class.

　　**IT IS SO ORDERED**.

Dated: August 1, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge